IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT RUSH,

       Plaintiff,

  v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

       Defendants.

3:12-cv-45-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles de novo. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). I conclude the Report is correct.

1 - ORDER

Magistrate Judge Clarke's Report and Recommendation (#31) is adopted. This case is remanded for further administrative proceedings.

IT IS SO ORDERED.

DATED this  10  day of May, 2013.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER