IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT FRANK RUSH,

           Plaintiff,           Civil Case No. 3:12-CV-00045-CL

v.

COMMISSIONER,                        ORDER AWARDING FEES
SOCIAL SECURITY ADMINISTATION    PURSUANT TO THE EQUAL
                                       ACCESS TO JUSTICE ACT
           Defendant.

      Based upon the Stipulation of the parties, IT IS HEREBY ORDERED that attorney fees in the amount of $7,500 should be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, subject to any offsets allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).. No costs or expenses are awarded.

      It is further ORDERED that the balance of EAJA fees remaining after any Treasury offset shall be issued in a check payable to Plaintiff and mailed to Plaintiff's counsel at the following address: Phyllis Burke, 3800 NE Sandy Blvd., Ste. 226, Portland, OR 97232.

      IT IS SO ORDERED this __7__ day of August, 2013.

                                                     U.S. District Court Magistrate Judge

ORDER